JAMES B. HICKS, SBN 109117
GARY W. PARK, SBN 173390
HICKS | PARK LLP
824 Wilshire Blvd., Suite 200
Los Angeles, California 90017
Tel.: (213) 612-0007 / Fax: (213) 612-0373
Email: jhicks@hicksparklaw.com

Attorneys for Plaintiff
JAMES B. HICKS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES B. HICKS,<br><br>  Plaintiff,<br>vs.<br><br>TILTWARE, LLC,<br><br>  Defendants. | Case No. CV 09-3009 FMC (PJWx)<br><br>**NOTICE OF OSC RE DISMISSAL FOR SUBJECT MATTER JURISDICTION; EXHIBIT** |

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 8, 2009, the Court issued an OSC re dismissal for lack of subject matter jurisdiction, on the grounds that "[j]urisdiction is asserted on the basis of federal question jurisdiction pursuant to 28 U.S.C. §1331 but it ... is not clear that there is a private right of action under 31 U.S.C. §5365," and ordering plaintiff to respond by June 24, 2009. *See* Exh. "A" (copy of OSC). The OSC shows that it was ECF-served on defendants' counsel on June 8, 2009. *Id.* Plaintiff has separately filed a written response to the OSC. *See* Plaintiff's Response to OSC re Dismissal, dated June 24, 2009, at pp. 1-3.

Dated: June 24, 2009                    HICKS | PARK LLP

                                By: ____/s/ James B. Hicks____
                                        James B. Hicks
                                        Attorneys for Plaintiff

NOTICE OF OSC RE DISMISSAL FOR SUBJECT MATTER JURISDICTION

Exhibit A

**Hicks, James B.**

**From:** cacd_ecfmail@cacd.uscourts.gov
**Sent:** Monday, June 08, 2009 3:59 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:09-cv-03009-FMC-PJW James B. Hicks v. Tiltware, LLC et al Minutes of In Chambers Order/Directive - no proceeding held

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/8/2009 at 3:58 PM PDT and filed on 6/8/2009
**Case Name:** James B. Hicks v. Tiltware, LLC et al
**Case Number:** 2:09-cv-3009
**Filer:**
**Document Number:** 10

**Docket Text:**
**MINUTES OF IN CHAMBERS ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION by Judge Florence-Marie Cooper: This action was filed on April 29, 2009. However, it appears the Court may lack subject matter jurisdiction for the reason(s) opposite the box(es) checked:[X]Jurisdiction is asserted on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331 but it does not appear that any of the claims arise under federal law. It is not clear that there is a private right of action under 31 U.S.C. § 5365. Accordingly, the Court orders plaintiff(s) to show cause in writing no later than June 24, 2009 why this action should not be dismissed without prejudice for lack of subject matter jurisdiction. Failure to respond by the above date will result in the Court dismissing this action.The Court further orders plaintiff(s) promptly to serve this minute order on any defendant who has been served with the complaint, or who is served before the date specified above. (ama)**

**2:09-cv-3009 Notice has been electronically mailed to:**

James B Hicks    jhicks@hicksparklaw.com,dmiller@hicksparklaw.com,pjohnson@hicksparklaw.com

Gary W Park    gpark@hicksparklaw.com

Gregory P Wong    wongg@gtlaw.com,hagemane@gtlaw.com

**2:09-cv-3009 Notice has been delivered by First Class U. S. Mail or by fax to: :**

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.339 / Virus Database: 270.12.61/2167 - Release Date: 06/10/09 05:52:00



6/23/2009

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
) ss. 
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 824 Wilshire Boulevard, Suite 200, Los Angeles, California 90017.

On June 24, 2009, I served the attached document on defendants' counsel through the Court's ECF service.

Executed on June 24, 2009, at Los Angeles, California.

[X] **FEDERAL**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Penny L. Johnson
Penny L. Johnson