GREENBERG TRAURIG, LLP
ROBERT P. CHARROW (SBN 44962)
2101 L STREET, NW, SUITE 1000
Washington, DC 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101
Email: charrowr@gtlaw.com

GREENBERG TRAURIG, LLP
GREGORY WONG (SBN 204502)
2450 COLORADO AVENUE, SUITE 400E
Santa Monica, CA 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: wongg@gtlaw.com

THE LAW OFFICES OF IAN J. IMRICH, PC
IAN J. IMRICH (SBN 147010)
10866 WILSHIRE BOULEVARD, SUITE 1240
Los Angeles, California  90024
Telephone: (310) 481-2258
Facsimile: (310) 481-4475
Email: ian@ijilaw.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA,**

**WESTERN DIVISION**

| | |
|---|---|
| James B. Hicks | CASE NO. CV 09-03009 |
| Plaintiff, | **DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |
| vs. | |
| Tiltware, LLC, Fulltiltpoker.com, Tilt Proof, Inc., Christopher Ferguson | Judge:    Hon. Florence-Marie Cooper |
| Defendant(s) | |

Plaintiff argues that his complaint arises under federal law even though it is facially couched as a cause of action under California Bus. & Prof. Code § 17200 because it turns on an alleged violation of federal law—the Unlawful Internet Gambling Enforcement Act of 2006 ("UIGEA"), 31 U.S.C. § 5361 *et seq*. However, as this court noted in its Order to Show Cause ("OSC"), the UIGEA does not provide for a private right of action, a fact not controverted by plaintiff in his response to the OSC. *See Pharmaceutical Research and Mfrs. of Am. v. Walsh*, 538 U.S. 644, 683 (2003) (Thomas, J., concurring) ("When Congress wishes to allow private parties to sue to enforce federal law, it must clearly express this intent. Under this Court's precedents, private parties may employ 42 U.S.C. § 1983 or an implied private right of action only if they demonstrate an 'unambiguously conferred right.'" *Gonzaga Univ. v. Doe,* 536 U.S. 273, 283 (2002).). As the Court held in *Merrell Dow Pharms. v. Thompson*, 478 U.S. 804, 817 (1986), "a complaint alleging a violation of a federal statute as an element of a state cause of action, when Congress has determined that there should be no private, federal cause of action for the violation, does not state a claim `arising under the Constitution, laws, or treaties of the United States.'" (citing 28 U.S.C. § 1331)); *see also Utley v. Varian Ass'n*, 811 F.2d 1279, 1283 (9th Cir. 1987). That is the case here and as result, the complaint should be dismissed for want of Article III jurisdiction.

DATED:   June 30, 2009

**GREENBERG TRAURIG, LLP**
ROBERT P. CHARROW
GREGORY WONG

By: */s/ Gregory Wong*
Gregory Wong
Attorneys for Defendants

**THE LAW OFFICES OF**
**IAN J. IMRICH, P.C.**
IAN J. IMRICH
Attorney for Defendants

*WDC 371,860,208v1 6-30-09*